**PLEAZE NOTE:**
**!! OF URGENT MATTERZ !!**

MAURICE DELANE DAVIS
v.
D.C. DEPT. of CORRECTIONS,
et. al.

**RECEIVED**
MAY -3 2010
Clerk, U.S. District and Bankruptcy Courts

CA. No. 08-2037 PLF

## MOVE for IMMEDIAT INJUNCTION BY PLAINTIFF

I HAVE BEEN IN RECEIPT of MY COMMUNITY BASED PROGRAM AGREEMENT - AND IN SUCH RECEIPT of SUCH SINCE 4-1-2010, YET I AM STILL IN A (F.C.I PULLOCK) TRANSFER SEGREGATION SHU UNIT.

AND NOW I MOVE THAT DUE TO SUCH - YOU AZ MY COUNSEL - FILE ANY AND ALL PAPER WORK THAT IZ NEEDED FOR MY IMMEDIATE TRANSFER TO EITHER A HALFWAY HOUSE / OR HOMEMONITOR PROGRAM - AZ SUCH DOES GRANT ME A IMMEDIATE LIBERTY RIGHT / INTEREST OF SUCH.

I HAVE ONLY MY (4) COPY of SUCH AGREEMENT FORM BP-A0434.073 (JUL.08) YET A CMC MS. BOWEL & MR. MONTGOMERY ARE IN RECEIPT OF SUCH AT F.C.I. POLLOCK - AZ WELL.

I SEEK YOUR ASSISTANCE W/ IMMEDIATE RELEASE DUE TO SUCH BY ANY & ALL MEANZ POSSIBLE - THIS INCLUDEZ AND IMMEDIATE COURT INJUNCTION, IF NEEDED - AZ I HAVE SERIOUS MEDICAL & MENTAL HEALTH NEEDZ THAT NEED TO BE ADDRESSED AND I AM DUE IN TRIAL IN THE ABOVE CIVIL MATTER AZ WELL.

AND THE CONTINUANCE OF MY STAY IN IMPRISONMENT IZ NOW UNCONSTITUTIONAL, WITHOUT MERITZ & AGAINST EVERY GIVEN RIGHT I HAVE AZ A HUMAN BEING AND AZ A PRISONER.

I DECLARE THIS TO BE ALL TRUE UNDER PENALTY OF PERJURY

4-27-2010   MAURICE DELANE DAVIS

MAURICE DELANE DAVIS v. D.C.D.C., UNITY CARE, ET. AL.    CA. NO. 08-2037 PLF

TO: COURT CLERK

THRU: SPECIAL DEPUTY COUNSEL, MS NANCY N. DUNN, / OFFICE of BOARD of PROFESSIONAL RESPONSIBILITY

FOR: COUNSEL, ELIZABETH ALEXANDER for PLAINTIFF

RE: Judge's male creditus

DUE TO THE FOLLOWING ACTZ BY THE PRESIDING JUDGEZ IN (TWO) of MY CASEZ I WISH for YOU TO FILE SUIT BASED ON ALL THE BELOW ON SUCH JUDGEZ; specifically, Judge Paul Friedman in the CIVIL CASE NO. -08-2037 PLF

1. implied, constructive & express malice ; also actual malice
2. malum in se -OR- malum prohibition
3. malicious abuse of legal process
  . particular malice
  . male creditus
  . particular malice
  . malicious abandonment / malicious mischief / malicious motive
  . malice exception / malice in fact
  . malicious use of process
2. legal malpractice
  . malum
  . malconduct in office
3. legal prejudice / undue prejudice
4. prejudicial error / reversible error
5. hazardous negligence / imputed negligence
6. inadvertent negligence / joint negligence
7. legal negligence
  . negligence in law
  . negligence in per se
  . professional negligence / professional malpractice
  . gross negligence / reckless negligence / simple negligence
8. slight negligence / subsequent negligence / culpable negligence

cc: CV-09-5140 GAF U.S. District Court, California

Maurice D. Davis
4-24-2010

Certificate of Service

I HEREBY DECLARE THAT I HAVE PROCESSED for 1st CLASS MAIL A COPY of THE ENCLOSED MOTION TO THE FOLLOWING ON THE DATE of 4-24-2010

1) ROBERT A. DeBERARDINIS, JR
441 FORTH ST. N.W.
WASH. D.C. 20001

2) DANIEL P. STRUCK / JENNIFER L. HOLSMAN
2901 North Central Avenue
Suite 800
Phoenix, AZ 85012

3) MIRIANA del Valle Bravo / PAUL J. MALONEY
1615 L ST. NW, STE 500
WASH D.C. 20036

4) Khatereh S. Ghiladi
2001 L ST. NW, 2nd flr.
WASH. D.C. 20036

MAURICE D. DAVIS    4-24-2010

THIS IS A TRUE STATEMENT

4-3 SM