Let this be fled
PJF
5/4/10

TO: COURT CLERK, MS. ANGELA D. CAESAR

WITH: MR. NANCY G. DUNN, DEP. SPECIAL COUNSEL

ALSO: BOARD of PROFESSIONAL RESPONSIBILITY

RE: CASE NO. 08-02037 PLF

MAURICE DELANE DAVIS

D.C. DEPT. of CORRECTIONS, UNITY CARE, et al

DEAR CLERK,

* PLEASE MAKE THIS LETTER/COMPLAINT PART of THE ABOVE COURT RECORD;

I WISH THROUGH COUNSEL TO FILE COMPLAINTS for ALL of THE SAME

BELOW REASONS of INEFFECTIVE ASSISTANCE of COUNSEL AND judicial/prosecutorial

malice and prejudice on All the below named judges, prosecutors and lawyers:

1. VIOLATING of D.C. RULES of COMPETENCE: to include all acts of judicial misconduct/malice.

2. interference with the administration of justice

3. failure to safekeep a clients property

4. violating disciplinary rules of the D.C. Rules of Professional Conduct I-1.2(b)

. conduct prejudicial to the administration of justice

. unexcusable neglect of duty

. failure to act with reasonable diligence in representing a client

adversed actions of a lawyer/judge/prosecutor's honesty, trustworthiness or fitness

as a legal professional lawyer/judge and/or prosecuter.

conduct of a professional lawyer, judge, prosecutor involving dishonesty, fraud,

deceit or misrepresentation; all other acts of misconduct shall be the reflections of All

documents of the courts:

F. Greg Bowman @ Williams & Connolly LLP

Jason T. Wright @ Williams & Connolly LLP

Judge Paul Friedman