UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MAURICE DELANE DAVIS,** | ) | |
| Plaintiff, | ) | C.A. No. 08-2037 (PLF) |
| v. | ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) | |
| Defendants. | ) | |

## PROPOSED SCHEDULE TO GOVERN PROCEEDINGS

Pursuant to the Courts' Order dated April 21, 2010, defendants, through below signed counsel hereby file the following proposed schedule to govern the proceedings in this matter.

1. Initial Disclosures Due July 1, 2010.

2. Fact Discovery Closed September 15, 2010.

3. Status Conference September 17, 2010.

4. Expert Witness Disclosures Due October 15, 2010

5. Expert Discovery Closes December 1, 2010.

6. Dispositive Motions Due January 15, 2011.

7. Pretrial Conference To Be Set By Court After Ruling Upon Dispositive Motions

DATE: May 21, 2010                Respectfully submitted,

                                  PETER J. NICKLES
                                  Attorney General for the District of Columbia

                                  GEORGE C. VALENTINE
                                  Deputy Attorney General, Civil Litigation Division

  /s/ Erica Taylor McKinley_____
ERICA TAYLOR McKINLEY [467884]
Chief, General Litigation Section II
Civil Litigation Division

  /s/ Robert A. DeBerardinis, Jr._____
ROBERT A. DEBERARDINIS, Jr. [335976]
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S012
Washington, D.C. 20001
(202) 724-6642
(202) 741-8895 (FAX)
E-mail:robert.deberardinis@dc.gov.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing proposed schedule was mailed by first class postage this 21st day of May 2010 to:

Maurice Davis
02981000
FCI
P.O. Box 5000
Oakdale, IA 71463

        /s/Robert A. DeBerardinis, Jr.
        Robert A. DeBerardinis, Jr.